UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**TCL INDUSTRIES HOLDINGS CO., LTD., TCL ELECTRONICS HOLDINGS LTD., SHENZHEN TCL NEW TECHNOLOGY CO., LTD., TCL KING ELECTRICAL APPLIANCES (HUIZHOU) CO., LTD., TCL MOKA INT'L LTD., AND MOKA MANUFACTURING S.A. DE C.V.,**<br><br>Defendant | **Case No. 6:20-cv-00945-ADA**<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

Plaintiff ParkerVision, Inc., hereby moves for an extension of thirty one (31) days for Defendant TCL Industries Holdings Co., Ltd., TCL Electronics Holdings Ltd., Shenzhen TCL New Technology Co., Ltd., TCL King Electrical Appliances (Huizhou) Co., Ltd., TCL Moka Int'l Ltd., and Moka Manufacturing S.A. DE C.V. to answer or otherwise respond to Plaintiff's complaint. The current deadline for Defendant to answer or otherwise respond to the complaint is January 8, 2021. Plaintiff seeks an extension to February 8, 2021 as the new deadline for Defendant to answer or otherwise respond to Plaintiff's complaint. Counsel for Plaintiff has conferred with counsel for Defendant, and the Defendant is unopposed to this motion.

| | |
|---|---|
| Dated: December 31, 2020 | Respectfully Submitted |
| | */s/ Raymond W. Mort, III*<br>Raymond W. Mort, III<br>Texas State Bar No. 00791308<br>raymort@austinlaw.com |
| | **THE MORT LAW FIRM, PLLC**<br>100 Congress Ave, Suite 2000<br>Austin, Texas 78701<br>Tel/Fax: (512) 865-7950 |
| | **ATTORNEYS FOR PLAINTIFF** |