UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC. | § § | |
| vs. | § § | NO:  WA:20-CV-00945-ADA |
| TCL INDUSTRIES HOLDINGS CO., LTD., TCL ELECTRONICS HOLDINGS LTD., SHENZHEN TCL NEW TECHNOLOGY CO., LTD., TCL KING ELECTRICAL APPLIANCES (HUIZHOU) CO., LTD., TCL MOKA INT'L LTD., TCL MOKA MANUFACTURING S.A. DE C.V. | § | |

## ORDER RESETTING MARKMAN HEARING BY SPECIAL MASTER

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING BY SPECIAL MASTER by Zoom on October 27, 2021 at 09:30 AM .

IT IS SO ORDERED this 12th day of October, 2021.


ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE