UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**TCL INDUSTRIES HOLDINGS CO., LTD., TCL ELECTRONICS HOLDINGS LTD., SHENZHEN TCL NEW TECHNOLOGY CO., LTD., TCL KING ELECTRICAL APPLIANCES (HUIZHOU) CO., LTD., TCL MOKA INT'L LTD., and TCL MOKA MANUFACTURING S.A. DE C.V.,**<br><br>Defendants. | **Case No. 6:20-cv-00945-ADA**<br><br>**JURY TRIAL DEMANDED** |

## ORDER

The Court, having considered the Parties' Joint Motion To Stay (the "Joint Motion") and noting that the request is filed jointly on behalf of all Parties to this proceeding, hereby **GRANTS** the Motion.

Therefore, the Joint Motion To Stay is hereby **GRANTED,** and the above-captioned case is **STAYED** until final resolution of *ParkerVision, Inc. v. Realtek Semiconductor Corp.*, Civil Action No. 6:22-cv-01162 (WDTX), including final resolution of any appeals therefrom, with trial of any remaining issues between ParkerVision and TCL upon lifting the stay and submission of an amended scheduling order.

**SIGNED** this 11th day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE